UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

KAREN CARWYLE,

    Plaintiffs,

v.

ANNA HOSPITAL CORPORATION et al,

    Defendant.                                No. 13-cv-371-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 44), entered on December 3, 2015, this case is **DISMISSED** with prejudice.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:    /s/*Caitlin Fischer*
                                                        Deputy Clerk

Dated:   December 3, 2015

Digitally signed by Judge David R. Herndon
Date: 2015.12.03 16:03:21 -06'00'

APPROVED:
          U.S. DISTRICT JUDGE
          U. S. DISTRICT COURT